CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BORIS RATINER, in individual and representatative capacity as Trustee of The Ratiner Family 2005 Revocable Living Trust dated 8/1/05; YANA RATINER, in individual and representative capacity as Trustee of The Ratiner Family 2005 Revocable Living Trust dated 8/1/05; and Does 1-10,<br><br>　　　　Defendants. | **Case:** 2:20-cv-05986-JWH-PLA<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Chris Langer, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Boris Ratiner and Yana Ratiner has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: March 03, 2021　　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　By:　/s/ Amanda Seabock
　　　　　　　　　　　　　　Amanda Seabock
　　　　　　　　　　　　　　Attorneys for Plaintiff

1